**Entered on Docket
October 06, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.
Signed: October 6, 2022**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Sam Bauer<br><br>            Debtor. | Case No. 22-40819 WJL<br><br>Chapter 13 |

MEMORANDUM AFTER HEARING ON ONE MARK,
LLC'S MOTION FOR RELIEF FROM STAY

On Tuesday, October 4, 2022, the Court dismissed the above-captioned case because the Debtor failed to submit required documents (ECF #25). The Court then on Wednesday, October 5, 2022, held a hearing on One Mark, LLC's (the "Movant") Motion for Relief from Stay (the "Motion") (ECF #18). No appearances were made.

The Court made oral comments on the record, which are also available on the docket. As noted therein, when there is an outstanding motion for *in rem* relief under 11 U.S.C. s. 362(d)(4) on a case that is dismissed, the Court does not

close the case. Nonetheless, the law of the Ninth Circuit does not support granting a s. 362(d)(4) motion put forward on behalf of a party who is not a secured creditor. Such a party may instead seek relief under the Court's inherent authority under 11 U.S.C. s. 105(a) or through an adversary proceeding.

For the reasons stated on the record, the Court will keep open for two weeks from today the above-captioned case in order for Movant to open an adversary proceeding.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Sam Bauer
2859 Arundel Way
San Pablo, CA 94806

Patrick Kavanagh
Law Offices of Patrick Kavanagh
1331 L St
Bakersfield, CA 93301